# EXHIBIT A

**FILED**
JANUARY 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

JAMES T. SULLIVAN, not individually but as Trustee of
PLUMBERS' PENSION FUND, LOCAL 130, U.A., et al.,

Plaintiff,

V.

HILDEMAN PLUMBING, INC., an Illinois Corporation,

Defendant.

CASE NUMBER: **08 C 323**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE DOW
MAGISTRATE JUDGE NOLAN**

TO: (Name and address of Defendant)

Hildeman Plumbing, Inc.
c/o Jill Hildeman - registered agent
12742 Wicker Avenue, Suite C
Cedar Lake, Indiana 46303-7091

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Douglas A. Lindsay
John W. Loseman
Lisa M. Simioni
Brian T. Bedinghaus
Lewis Overbeck & Furman, LLP
20 N. Clark St., Suite 3200
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_/s/ Annette Nieves_
(By) DEPUTY CLERK

January 18, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| | | |
|---|---|---|
| | **RETURN OF SERVICE** | |
| Service of the Summons and complaint was made by me[(1)] | DATE | January 23'rd, 2008 |
| NAME OF SERVER *(PRINT)*    Philip P. Ducar | TITLE | Special Process Server |

*Check one box below to indicate appropriate method of service*

    XXX    Served personally upon the defendant. Place where served: Personal service of the Summons and the Complaint upon Ms. Jill Hildeman, R/A for the defendant, Hildeman Plumbing, Inc. Service was effected at the hour of 4:00 p.m., on Wednesday, January 23'rd, 2008, at 9119 Calumet Ave., in St. John, Indiana.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

     Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    January 23'rd, 2008     *Philip P. Ducar*
              *Date*                *Signature of Server*

               Post officw Box # 911
               Tinley Park, Illinois 60477

               *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.