2-21-08 BTB136190                                                            65100/1122LIT-4746

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc., | ) | |
| | ) | No. 08 C 323 |
| Plaintiff, | ) | |
| | ) | Judge Robert M. Dow |
| v. | ) | |
| | ) | Magistrate Judge |
| HILDEMAN PLUMBING, INC., | ) | Nan R. Nolan |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To:   Hildeman Plumbing, Inc.
       c/o Its Registered Agent, Jill Hildeman
       9119 Calumet Avenue
       St. John, Indiana 46373

   PLEASE TAKE NOTICE that on Thursday, March 6, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert M. Dow, or any judge sitting in his place and stead, in Courtroom No. 1719 in the U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Motion for Default Judgment, a copy of which is herewith served upon you.

                                                JAMES T. SULLIVAN, etc., by his
                                                attorneys, DOUGLAS A. LINDSAY,
                                                JOHN W. LOSEMAN, LISA M. SIMIONI, and
                                                BRIAN T. BEDINGHAUS


                                   By:      s/ Brian T. Bedinghaus
Of Counsel:                                  Brian T. Bedinghaus
LEWIS, OVERBECK & FURMAN, LLP                20 N. Clark Street
20 N. Clark Street                           Suite 3200
Suite 3200                                   Chicago, IL  60602-5093
Chicago, IL 60602-5093                       312.580.1269
312.580.1200