## PROOF OF SERVICE

I served a copy of the foregoing Notice of Motion upon:

**Hildeman Plumbing, Inc.
c/o Its Registered Agent, Jill Hildeman
9119 Calumet Avenue
St. John, Indiana 46373**

by placing a true and correct copy thereof in a sealed envelope addressed as aforesaid, with postage prepaid, and depositing same in the United States Mail Box at 20 North Clark Street, Chicago, Illinois on *February 22,* 2008, before 4:30 p.m.

_____
CHRISTINE USYAK

LEWIS, OVERBECK & FURMAN, LLP
20 North Clark Street
Suite 3200
Chicago, IL 60602-5093
312.580.1200

3