# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 323 | **DATE** | 3/6/2008 |
| **CASE TITLE** | James T. Sullivan, etc., vs. Hildeman Plumbing, Inc. | | |

**DOCKET ENTRY TEXT**

MOTION by Plaintiffs Plumbers' Welfare Fund, Local 130, U.A., Trust Fund for Apprentice and Journeymen Education and Training, Local 130, U.A., The, Chicago Journeymen Plumbers' Local Union 130, U.A., Group Legal Services Plan Fund, James T. Sullivan, Plumbers' Pension Fund, Local 130, U.A. for default judgment [11] as to Defendant is granted. ENTER JUDGMENT ORDER: Defendant, on or before 3/26/08, shall submit to auditors designated by Plaintiff all books, records, and other information that such auditors may request for the purpose of an audit. (See Judgment Order for further details). Status hearing for report on audit is set for 4/22/08 at 9:00a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | TBK |
|---|---|---|