03-18-08BTB136509                                                              65100/1122LIT-4746

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES T. SULLIVAN, etc.,    ) | |
| ) | No. 08 C 323 |
| ) | |
| ) | Judge Dow |
| Plaintiff,    ) | |
| ) | Magistrate Judge Nolan |
| v.    ) | |
| ) | |
| HILDEMAN PLUMBING, INC.,    ) | |
| an Illinois corporation,    ) | |
| Defendant.    ) | |

### INITIAL STATUS REPORT

Plaintiff, JAMES T. SULLIVAN, etc., by its attorneys, DOUGLAS A. LINDSAY, JOHN W. LOSEMAN, LISA M. SIMIONI, and BRIAN T. BEDINGHAUS, with LEWIS, OVERBECK & FURMAN, LLP, of counsel, pursuant to Order entered January 28, 2008, submits this Status Report:

A.    Attorneys

Plaintiff is represented by Douglas A. Lindsay, John W. Loseman, Lisa M. Simioni, and Brian T. Bedinghaus of LEWIS, OVERBECK & FURMAN, LLP, 20 N. Clark Street, Suite 3200, Chicago, IL 60602-5093. Douglas A. Lindsay is expected to try this case, if necessary.

Defendant has not appeared in this case.

B.    Jurisdiction

This action is brought under the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§1332, 1145 ("ERISA"), and the Labor Management Relations Act of 1947, as amended, 29 U.S.C. §185 ("LMRA"). The Court has jurisdiction of questions arising

1

thereunder.

C.  Nature of Claims

Plaintiff has brought this action to obtain a compliance audit of Defendant's books and records covering the period from October 1, 2005, to the present, and to recover any delinquent amounts found to be due and owing plus interest, attorneys' and auditor's fees, costs, and other amounts under the collective bargaining agreement, ERISA, and LMRA.

There is no expected counterclaim.

D.  Unserved Parties

None.  Defendant was served on January 23, 2008, via personal service upon its registered agent.  Defendant failed to appear and answer the complaint, and a default judgment was entered against the Defendant on March 6, 2008.  The Defendant was ordered to submit to an audit prior to March 26, 2008.

E.  Principal Legal Issues

No legal issues have been identified.

F.  Principal Factual Issues

Whether Defendant failed to pay contributions on individuals who performed covered work for the period from October 1, 2005, through the present.

Whether there are any related entities to Defendant.

G.  Jury Demand

Neither party has demanded a jury.

H.  Discovery

No written discovery has been issued.  The May 15, 2008, discovery cutoff date has been

stricken. Plaintiff will be able to suggest a discovery schedule after the audit has been completed and factual issues, if any, have been identified.

I.  Trial Date

Without further information, at this point, Plaintiff estimates that a trial of this matter would take one day. Plaintiff further estimates that Plaintiff would be ready for trial, if necessary, 3 months after an audit report is issued.

J.  Magistrate

The parties have not consented to proceed before a Magistrate Judge.

K.  Settlement

There have been no settlement discussions in this case between the parties, and no settlement can be reached until an audit occurs.

L.  Settlement Conference

Plaintiff does not request a settlement conference at this time. A status conference is scheduled for April 22, 2008, at 9:00 AM.


JAMES T. SULLIVAN, etc., by his
attorneys, DOUGLAS A. LINDSAY,
JOHN W. LOSEMAN, LISA M. SIMIONI,
and BRIAN T. BEDINGHAUS


      s/ Brian T. Bedinghaus
By:_____
      Brian T. Bedinghaus
      LEWIS, OVERBECK & FURMAN, LLP
      20 N. Clark Street
      Suite 3200
      Chicago, IL 60602-5093
      312-580-1269