4-7-08BTB136809                                                                                          65100/1122LIT-4746

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc., | ) | |
| | ) | No. 08 C 323 |
| Plaintiff, | ) | |
| | ) | Judge Robert M. Dow |
| v. | ) | |
| | ) | Magistrate Judge |
| HILDEMAN PLUMBING, INC., | ) | Nan R. Nolan |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR RULE TO SHOW CAUSE**

NOW COMES Plaintiff, JAMES T. SULLIVAN, etc., by his attorneys, DOUGLAS A. LINDSAY, JOHN W. LOSEMAN, LISA M. SIMIONI, and BRIAN T. BEDINGHAUS, with LEWIS, OVERBECK & FURMAN, LLP, of counsel, and moves this Court to issue a Rule (Order) to Show Cause requiring Jill Hildeman to personally appear and show cause why she should not be held in contempt of Court for causing Defendant to fail and refuse to abide by the Order of this Court dated March 6, 2008.  In support hereof, Plaintiff states:

1. On January 15, 2008, Plaintiff filed this action, <u>inter alia</u>, to conduct an audit verifying Defendant's compliance with certain Collective Bargaining Agreements ("Agreements") for the period from October 1, 2005, to the present.

2. Jill Hildeman is the registered agent and President of Defendant.

3. When Defendant failed to appear or otherwise plead on or before February 12, 2008, Plaintiff filed its Motion for Default Judgment on February 22, 2008, for presentment on March 6, 2008.

4. On February 22, 2008, Plaintiff's counsel mailed a copy of his Motion to Defendant's registered agent and President, Jill Hildeman.

5. On March 6, 2008, this Court entered an order holding Defendant in default for failure to appear and answer the Complaint. The order further required Defendant to submit its books and records to Plaintiff's auditors on or before March 26, 2008. A true and correct copy of the Court's order is attached hereto as Exhibit A.

6. On March 10, 2008, Plaintiff's attorney mailed a copy of the Court's Order to Defendant's registered agent and President, Jill Hildeman, and requested that Defendant contact Plaintiff's auditors to schedule a date for the audit prior to March 26, 2008.

7. As of the date of filing this Motion, Defendant has failed and refused to contact Plaintiff's attorney or Plaintiff's auditor, and it has failed and refused to otherwise comply with the Court's March 6, 2008, Court order.

8. Plaintiff requests the Court enter the draft Order attached hereto as Exhibit B.

WHEREFORE, Plaintiff, JAMES T. SULLIVAN, etc., requests the Court to issue a Rule (Order) to Show Cause requiring Jill Hildeman to personally appear and show cause why she should not be held in contempt of Court for causing Defendant's failure to comply with and abide by the March 6, 2008, Order of this Court.

        JAMES T. SULLIVAN, etc., by his attorneys, DOUGLAS A. LINDSAY, JOHN W. LOSEMAN, LISA M. SIMIONI, and BRIAN T. BEDINGHAUS

        s/ Brian T. Bedinghaus
By:_____
        Brian T. Bedinghaus
        20 N. Clark Street
        Suite 3200
        Chicago, IL 60602-5093
        312.580.1269

Of Counsel:
Lewis, Overbeck & Furman, LLP
20 N. Clark Street
Suite 3200
Chicago, IL 60602-5093
312.580.1200

PROOF OF SERVICE

I served a copy of the foregoing Plaintiff's MOTION FOR RULE TO SHOW CAUSE upon:

Hildeman Plumbing, Inc.
c/o Its Registered Agent, Jill Hildeman
9119 Calumet Avenue
St. John, Indiana 46373

Jill Hildeman
9119 Calumet Avenue
St. John, Indiana 46373

by placing true and correct copies thereof in sealed envelopes addressed as aforesaid, with postage prepaid, and depositing same in the United States Mail Box at 20 North Clark Street, Suite 3200, Chicago, Illinois on April 14, 2008, before 4:30 p.m.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 14, 2008

_____
CHRISTINE USYAK


Lewis, Overbeck & Furman, LLP
20 North Clark Street
Suite 3200
Chicago, IL 60602-5093
312.580.1200