# EXHIBIT A

Case 1:08-cv-00323   Document 17-2   Filed 04/22/2008   Page 1 of 2
Case 1:08-cv-00323   Document 11-4   Filed 02/22/2008   Page 2 of 3

M/H/N

2-21-08 BTB136194                                                65100-1122LIT4746

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JAMES T. SULLIVAN, etc., ) | |
| ) | No. 08 C 323 |
| Plaintiff, ) | |
| ) | Judge Robert M. Dow |
| v. ) | |
| ) | Magistrate Judge |
| HILDEMAN PLUMBING, INC., ) | Nan R. Nolan |
| ) | |
| Defendant. ) | |

### JUDGMENT ORDER

This matter having come to be heard on Plaintiff's Motion for Default Judgment, due notice having been given to all parties entitled thereto, and the Court being fully advised in the premises

IT IS HEREBY ORDERED that Plaintiff's Motion is granted; Defendant is held in default, and judgment is entered in favor of Plaintiff, and against Defendant as provided herein;

IT IS FURTHER ORDERED that on or before March 26, 2008, Defendant shall submit to auditors designated by Plaintiff all books, records, and other information that such auditors may request for the purpose of an audit verifying Defendant's compliance with its contribution and other obligations under its collective bargaining agreement with Chicago Journeymen Plumbers' Local Union 130, U.A., during the period from October 1, 2005, to the present;

IT IS FURTHER ORDERED that on or before that same date, Defendant shall fully complete and submit to Union all delinquent monthly contribution reports, and shall continue to timely submit such reports while this action is pending and until the collective bargaining

agreement is terminated; and

IT IS FURTHER ORDERED that the Court retains jurisdiction to enter any orders necessary to effectuate and enforce the terms of this Order, and to enter such other and further judgment(s) in favor of Plaintiff and against Defendant for unpaid contributions and other amounts shown to be due and owing under the collective bargaining agreement, ERISA, and/or LMRA, including but not limited to interest, liquidated damages, audit costs, attorneys' fees, and court costs, as well as for such other and further relief as appears just and equitable.

Dated: *March 6, 2008*

ENTER:

_____
Robert M. Dow
United States District Court Judge

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc., | ) | |
| | ) | No. 08 C 323 |
| Plaintiff, | ) | |
| | ) | Judge Robert M. Dow |
| v. | ) | |
| | ) | Magistrate Judge |
| HILDEMAN PLUMBING, INC., | ) | Nan R. Nolan |
| | ) | |
| Defendant. | ) | |

RULE (ORDER) TO SHOW CAUSE

This matter coming before the Court on Plaintiff's Motion for Rule to Show Cause, due notice having been given to all parties entitled thereto, and the Court being fully advised in the premises

IT IS HEREBY ORDERED that Plaintiff's Motion is granted, and Jill Hildeman is ordered and directed to personally appear before Judge Robert M. Dow, or any other judge sitting in his place and stead, in Courtroom 1919 of the United States Courthouse, 219 S. Dearborn Street, Chicago, IL, on _____, at _____ **A.M.**, and then and there show cause why she should not be held in contempt of Court for Defendant's failure to comply with the Judgment Order entered on March 6, 2008.

**Failure to appear by Jill Hildeman in response to this Order will cause this Court to issue a Writ of Body Attachment for service upon Defendant by the United States Marshal's Service.**

DATED:_____        ENTER:

                                    _____
                                    Robert M. Dow
                                    United States District Court Judge