4-4-08 BTB136810                                                                        65100/1122LIT-4746

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc., | ) | |
| | ) | No. 08 C 323 |
| Plaintiff, | ) | |
| | ) | Judge Robert M. Dow |
| v. | ) | |
| | ) | Magistrate Judge |
| HILDEMAN PLUMBING, INC., | ) | Nan R. Nolan |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:  Hildeman Plumbing, Inc.                              Jill Hildeman
     c/o Its Registered Agent, Jill Hildeman              9119 Calumet Avenue
     9119 Calumet Avenue                                  St. John, Indiana 46373
     St. John, Indiana 46373

    PLEASE TAKE NOTICE that on Tuesday, April 22, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert M. Dow, or any judge sitting in his place and stead, in Courtroom No. 1919 in the U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Plaintiff's Motion for Rule to Show Cause, a copy of which is herewith served upon you.

                                              JAMES T. SULLIVAN, etc., by his
                                              attorneys, DOUGLAS A. LINDSAY,
                                              JOHN W. LOSEMAN, LISA M. SIMIONI, and
                                              BRIAN T. BEDINGHAUS


                                        By:     s/ Brian T. Bedinghaus

Of Counsel:                                              Brian T. Bedinghaus
LEWIS, OVERBECK & FURMAN, LLP                            20 N. Clark Street
20 N. Clark Street                                       Suite 3200
Suite 3200                                               Chicago, IL 60602-5093
Chicago, IL 60602-5093                                   312.580.1269
312.580.1200

PROOF OF SERVICE

I served a copy of the foregoing Notice of Motion for Rule to Show Cause upon:

Hildeman Plumbing, Inc.
c/o Its Registered Agent, Jill Hildeman
9119 Calumet Avenue
St. John, Indiana 46373

Jill Hildeman
9119 Calumet Avenue
St. John, Indiana 46373

by placing true and correct copies thereof in sealed envelopes addressed as aforesaid, with postage prepaid, and depositing same in the United States Mail Box at 20 North Clark Street, Suite 3200, Chicago, Illinois on April 14, 2008, before 4:30 p.m.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 14, 2008

_____
CHRISTINE USYAK

Lewis, Overbeck & Furman, LLP
20 North Clark Street
Suite 3200
Chicago, IL 60602-5093
312.580.1200

2