**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

James T. Sullivan, et al.
                          Plaintiff,

v.                                                  Case No.: 1:08−cv−00323
                                                         Honorable Robert M. Dow Jr.

Hildeman Plumbing, Inc.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 22, 2008:

      MINUTE entry before Judge Honorable Robert M. Dow, Jr:Oral motion of Plaintiffs to withdraw Motion for Rule to show cause[17] is granted. Plaintiffs' oral motion to vacate default[14] entered against defendant is granted. Status hearing held on 4/22/2008.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.