4-22-08 BTB137007                                                                65100/1122LIT-4746

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc., | ) | |
| | ) | No. 08 C 323 |
| Plaintiff, | ) | |
| | ) | Judge Robert M. Dow |
| v. | ) | |
| | ) | Magistrate Judge |
| HILDEMAN PLUMBING, INC., | ) | Nan R. Nolan |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DISMISSAL PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

Plaintiff files this Notice Of Dismissal pursuant to Fed.R.Civ.P.41(a)(1).  The Defendant has neither appeared nor answered the Complaint.

                                              JAMES T. SULLIVAN, etc.

                                              By: s/ Brian T. Bedinghaus
                                                  Brian T. Bedinghaus
                                                  20 North Clark Street, Suite 3200
                                                  Chicago, Illinois 60602
                                                  (312)580-1269

Lewis, Overbeck & Furman, LLP
20 North Clark Street
Suite 3200
Chicago, IL 60602-5093
312-580-1200